

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 17 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

FRANK ORLOWSKI       (01)
LAURA PEARCE         (02)
CARL HAMILTON        (03)

No. 4-14CR-244-A

# INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or before July 20, 2014 and continuing thereafter until on or about July 21, 2014, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendants **Frank Orlowski, Laura Pearce,** and **Carl Hamilton,** and others known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely, to possess with intent to distribute methamphetamine, a Schedule II controlled substance.

Indictment – Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(C)).

A TRUE BILL.

*Angela Brand*
FOREPERSON

SARAH SALDANA
UNITED STATES ATTORNEY

*C.L.*

CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

FRANK ORLOWSKI (01)
LAURA PEARCE (02)
CARL HAMILTON (03)

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute Methamphetamine

(1 COUNT)

A true bill rendered:

DALLAS _____[signature]_____ FOREPERSON

Filed in open court this 16th day of December, A.D. 2014.

Warrant to issue.

_____[signature]_____
UNITED STATES ~~DISTRICT~~ JUDGE