IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 10 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:14-CR-244-A |
| FRANK ORLOWSKI (01) | |

## FACTUAL RÈSUMÈ

I.  **Plea:**

The defendant is pleading guilty to Count One of the Superseding Information. The Information charges Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

II. **Penalties:**

The penalties the Court can impose include:

a. imprisonment for a period not to exceed twenty (20) years;

b. a fine not to exceed one million dollars ($1,000,000), or twice the pecuniary gain to the defendant or loss to the victim(s), or both such fine and imprisonment;

c. a term of supervised release of not less than three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;

d. a mandatory special assessment of $100;

e. forfeiture of property; and

e. costs of incarceration and supervision.

III.  **Elements of the Offense:**

In order to establish the offense alleged in Court One of the Information, the government must prove the following elements beyond a reasonable doubt:

First:  That the defendant knowingly possess a controlled substance;

Second:  That the substance was in fact methamphetamine; and

Third:  That the defendant possessed the substance with the intent to distribute it.

IV.  **Stipulated Facts:**

On or about July 21, 2014, in the Fort Worth Division of the Northern District of Texas, defendant Frank Orlowski did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

On July 21, 2014, law enforcement was preparing to execute a federal search warrant at Orlowski's residence in Arlington, Texas. Orlowski was observed exiting his residence and carrying bags to his vehicle. Orlowski entered his vehicle and departed. Officers stopped Orlowski's vehicle. Officers searched Orlowski's vehicle and found approximately 79 grams of methamphetamine. Orlowski admits that he possessed this methamphetamine with the intent to distribute it.

AGREED AND STIPULATED on this 24th day of March, 2015.

_____        _____
Frank Orlowski                                               Curt Crum
Defendant                                                      Counsel for Defendant

Factual Resume - Page 2