IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| FRANK ORLOWSKI, | § § § § | |
| Movant, | | |
| VS. | § § | NO. 4:20-CV-715-A |
| UNITED STATES OF AMERICA, | § § § | (NO. 4:14-CR-244-A) |
| Respondent. | § | |

FINAL JUDGMENT

Consistent with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the motion of movant, Frank Orlowski, for compassionate release be, and is hereby, denied.

SIGNED July 13, 2020.

_____
JOHN McBRYDE
United States District Judge